NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

JONATHAN M. HERMAN (SBN 339494)
JONATHAN M HERMAN, PC
633 West Fifth Street
26th and 28th Floors
Los Angeles, California, 90071
Tel: (214) 624-9805
Fax: (469) 383-3469

ATTORNEY(S) FOR: Farmers Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Keith Feder, M.D., Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-06660 |
| v. | |
| Farmers Group, Inc., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Farmers Group, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Keith Feder, M.D., Inc. | Plaintiff |
| Farmers Group, Inc. | Defendant. Farmers Group, Inc. is owned by Zurich Versicherungs-Gesellschaft AG (12.1 %) and Zurich Insurance Group Ltd. (87.9%). Zurich Versicherungs-Gesellschaft AG is a wholly-owned subsidiary of Zurich Insurance Group Ltd.. |

August 15, 2023          /s Jonathan M. Herman
Date                     Signature

Attorney of record for (or name of party appearing in pro per):

Farmers Group, Inc.

CV-30 (05/13)           NOTICE OF INTERESTED PARTIES